# United States District Court
# For The Western District of North Carolina
# Charlotte Division

DARRYL L. CULP and
BETTIE OATES CULP,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                             3:08-CV-526-RJC-DSC

HSBC CONSUMER LENDING USA, INC,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 27, 2009 Order.

                                                       Signed: April 27, 2009

                                                       Frank G. Johns, Clerk
                                                       United States District Court